COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-12-00206-CR

Style:      David Garza

     **v.** The State of Texas

Date motion filed[*]:      November 18, 2013

Type of motion:      Request to adjust deadline to file *Anders* response

Party filing motion:      Appellant

Document to be filed:      *Anders* response

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      September 13, 2012

     Number of previous extensions granted:      1      Current Due date: **December 9, 2013**

     Date Requested:

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances.

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

The Clerk of this Court sent a copy of the appellate record to appellant on November 5, 2013. Further, appellant's counsel has indicated that counsel provided appellant a copy of the record in July 2012. Accordingly, we deny appellant's request for additional time within which to file his *Anders* response, if any.

Judge's signature:    /s/ Jim Sharp
         ☑ Acting individually      ☐ Acting for the Court

Panel consists of    _____

Date: November 21, 2013

November 7, 2008 Revision